**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re: GRAND THEFT AUTO GAME CONSUMER LIGITATION (No. II)** | Case No. 1:06-md-1739 (SWK) (MHD)<br><br>**NOTICE OF APPEARANCE** |

NOW COMES attorney David Stein, Esq., and enters his appearance as co-counsel in this matter with Lawrence W. Schonbrun, Esq., in this matter on behalf of class members and objectors Theodore H. Frank.

Dated:  May 13, 2008

_____
David Stein
Samuel & Stein
38 West 32nd St., Suite 1210
New York, New York  10001
(212) 563-9884
Fax (212) 563-9870
dstein@stein-firm.com

Lawrence W. Schonbrun
(*pro hac vice* pending)
Law Office of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705
Phone: (510) 547-8070
Fax: (510) 923-0627