**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re: GRAND THEFT AUTO GAME CONSUMER LIGITATION (No. II)** | Case No. 1:06-md-1739 (SWK) (MHD)<br><br>**MOTION TO WITHDRAW AS CO-COUNSEL ON BEHALF OF PLAINTFF CLASS MEMBER/OBJECTOR THEODORE H. FRANK** |

David Stein, Esquire, hereby moves this Honorable Court for leave to withdraw as co-counsel of record in this action, and in support thereof states as follows:

1. David Stein first appeared in this action on May 13, 2008, when he filed his notice of appearance as co-counsel with Lawrence W. Schonbrun, Esquire, on behalf of plaintiff class member/objector Theodore H. Frank.

2. On May 14, 2008, I and Lawrence W. Schonbrun, Esquire, filed an Objection and Notice of Intention to Appear on behalf of Mr. Frank.

3. In early June 2008, Mr. Frank, who is a licensed attorney in another jurisdiction, determined that he could best represent his own interests by

handling this matter by himself and filed his own Objection and Notice of Intention to Appear.

4. Mr. Frank has informed us that he wishes to handle this matter by himself and does not want me to appear on his behalf.

5. Under the aforementioned circumstances, I cannot effectively act as co-counsel in this case and respectfully seek to withdraw.

Dated: June 23, 2008

_____
David Stein
Samuel & Stein
38 West 32nd St., Suite 1210
New York, New York  10001
(212) 563-9884
Fax (212) 563-9870
dstein@samuelandstein.com

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing document to be served electronically on counsel of record via ECF this 23rd day of June 2008.

_____
David Stein, Esq.