# MANDATE

Case 1:06-md-01739-RJS Document 148 Filed 03/09/10 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __March 9, 2010__

**ORIGINAL**



FILED

MAR 05 2010

Catherine O'Hagan Wolfe, Clerk

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the      day of      , two thousand and ten,

IN RE GRAND THEFT AUTO
VIDEO GAME CONSUMER
LITIGATION (NO. II)

**STIPULATION**
Docket Number:
09-1572-cv

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs and without attorneys' fees pursuant to FRAP 42(b).

Date:   February 22, 2010

Seth S. Lesser, Esq.
KLAFTER OLSEN & LESSER LLP
Two International Drive
Suite 350
Rye Brook, NY 10573
(914) 934-9200

**Attorneys for Appellants**

Date:   February 22, 2010

Jeffrey S. Jacobson, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

**Attorneys for Appellees**

*So ordered*

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By

Vidya Kurella, Staff Counsel

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit